# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 10-MJ-00144-DLW |
| | USM Number: 36488-013 |
| SHAWN T. BORDERS | Pro Se |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count One of the Information.

The Defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 U.S.C. 1733; 43 U.S.C. 8341.1(d); C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | July 3, 2010 | One |

The Defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the Defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 5, 2010
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

October 5, 2010
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of One (1) Year.

Sentence suspended on following terms and conditions:

1. Defendant will obtain an alcohol evaluation and comply with recommended treatment and furnish proof of same to the Court.

2. Defendant will perform 24 hours of Useful Public Service and furnish proof of completion of same to the Court.

3. Defendant will pay all costs attendant to his plea.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: SHAWN T. BORDERS
CASE NUMBER: 10-MJ-00144-DLW

## MONETARY OBLIGATIONS

The Defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $25.00 | $0.00 | $0.00 |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligations is due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.