**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 10-MJ-00144-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SHAWN T. BORDERS,**

**Defendant.**

## ORDER QUASHING WARRANT

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On June 6, 2012 the Court received a letter from New Day Counseling Center which was mailed on June 5, 2012 to the Court, advising that the above-named Defendant had completed his counseling as previously ordered by the Court, therefore:

**IT IS HEREBY ORDERED** that the Warrant for Arrest of the Defendant issued by the Court on June 5, 2012 is quashed.

**DATED: June 7, 2012.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**